IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CLEARWATER PAPER CORPORATION                              PLAINTIFF

v.                      No. 2:21-cv-150-DPM

UNITED STEEL, PAPER, AND
FORESTRY RUBBER
MANUFACTURING ENERGY ALLIED
INDUSTRIAL AND SERVICE
WORKERS LOCAL UNION 1532, on
behalf of Linda Grays                                      DEFENDANT

## JUDGMENT

Clearwater Paper Corporation's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2022